cc: som /files

US DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 29 2013

at 4 o'clock and 30 min. P M.
SUE BEITIA, CLERK

BRIAN EVANS, Plaintiff, Pro Se

General Delivery

Keaau, Hawaii 96749

CV13 00272 SOM KSC
CASE NUMBER:

v.

Massachusetts Nurses Association

340 Turnpike Street,

Canton, MA 02021, Defendant,

Office of The Chief Medical Examiner

720 Albany Street

Boston, MA 02118, Defendant

Henry M. Nields, MD, PhD, individually and official capacity as

Chief Medical Examiner

720 Albany Street

Boston, MA 02118, Defendant

Methuen Police Department

90 Hampshire St

Methuen, MA 01844,

City of Methuen, Massachusetts

Searles Building, Room 306

41 Pleasant St.

Methuen, MA 01844

The Holy Family Hospital

70 East Street

Methuen, MA 01844, Defendant

Jane Doe 1-10 in official capacity as a nurse at The Holy Family Hospital, Defendants

John Doe 1- 10 in official capacity as on-call doctor's at The Holy Family Hospital, Defendants

John Doe in official capacity as anesthesiologist, 1-5 Defendant

Does 1-10, Defendants

**COMPLAINT**

**COMPLAINT FOR LOSS OF CONSORTIUM, LOSS OF LOVE, LOSS OF COMPANIONSHIP, CONSPIRACY TO COMMIT FRAUD**

**CLAIM RELATED TO THE MASSACHUSETTS NURSES ASSOCIATION FOR LOSS OF CONSORTIUM, LOSS OF LOVE, LOSS OF COMPANIONSHIP**

Plaintiff BRIAN EVANS files this lawsuit against the Massachusetts Nurses Association for failure to properly supervise and train it's nurses, and Nurses to be known for now as "Nurses Doe 1-10," until such time as Discovery allows for Plaintiff to know all of the names responsible who are partially responsible for the death of Helen Marie Bousquet, Plaintiff's mother.

On October 2nd, 2012, Helen Marie Bousquet entered The Holy Family Hospital to have knee surgery. She died three days later.

Knowing Helen Bousquet had a condition known as Sleep Apnea, the Defendants in this case put her in an unmonitored recovery room, offered her no "CPAP" (sleep apnea machine), dosed her out on morphine, and left her alone in the room to die at just 62. This despite full knowledge before she even walked into the hospital that she had Sleep Apnea.

Plaintiff also claims the doctor on staff ignored warning signs, such as Plaintiff's mothers need for more oxygen just hours before she went into cardiac arrest, and that the anesthesiologist who oversaw the actual surgery failed to prepare any post-recovery plan, knowing full well this patient suffered from Sleep Apnea and a heart condition known as SVT (knowing full well that morphine slows down a patients respiratory system).

## CLAIM RELATED TO THE CHIEF MEDICAL EXAMINER, METHUEN POLICE DEPARTMENT, CITY OF METHUEN, THE HOLY FAMILY HOSPITAL FOR CONSPIRACY TO COMMIT FRAUD

Without any notification by the next of kin, and in conflict with the law, The Holy Family Hospital's on-staff medical examiner failed to issue a death certificate prior to the release of the remains of Plaintiff's mother. When the medical examiner did release the remains, it issued a death certificate with seven causes of death, despite there being no autopsy performed. The funeral home who picked up the remains stated it was something they had "never before seen." In fact, when the funeral home went to pick up the remains, the hospital stated "We have decided not to release the remains as Mrs. Bousquet's son is taking issue with her causes of death," to which the funeral home director replied, "We've had her remains since this past Friday." The hospital did not even know it had released the remains of Plaintiff's mother. The Methuen Police failed to act on this clear violation of the law, despite repeated requests by Plaintiff, and in failing to do so is in violation of both state and federal law as it relates to the release of human remains prior to the issuance of a death certificate.

## RELIEF

Plaintiff files suit against all named Defendants for $25 million dollars plus any additional amounts the court sees fit. Any award to be donated to charities/causes the Plaintiff provides to the court.

Plaintiff also requests this court order, with as much authority as it can, an investigation into the allegations made in this Complaint with the appropriate officials for which this court may have authority.

Plaintiff also asks this court to permit Plaintiff the ability to Amend the Complaint should there be any deficiencies in this Complaint.

### JURISDICTION

Jurisdiction proper under 28 USC 1332 – Diversity Jurisdiction. Plaintiff's only son resides in Hawaii, and is suffering all claims herein in the State of Hawaii.

JURY TRIAL DEMANDED RESPECTFULLY

_____

BRIAN EVANS

Plaintiff, Pro Se

May 23rd, 2013