IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN EVANS , ) | CV 13-00272 SOM-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MASSACHUSETTS NURSES ) | |
| ASSOCIATION; OFFICE OF THE ) | |
| CHIEF MEDICAL EXAMINER; ) | |
| HENRY M. NIELDS; METHUEN ) | |
| POLICE DEPARTMENT; CITY OF ) | |
| METHUEN, MASSACHUSETTS; ) | |
| THE HOLY FAMILY HOSPITAL , ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 06, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss Action and Deny as Moot Application to Proceed in Forma Pauperis" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, June 25, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Brian Evans v. Massachusetts Nurses Association, et al., Civil No. 13-00272 SOM/KSC, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION